## Jack STEWART v. STATE.
### No. 17048.

Court of Criminal Appeals of Texas.
Nov. 28, 1934.

See, also, 76 S.W.(2d) 774.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for twelve years.

The indictment appears regular. The record is before this court without statement of facts and bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

## JOHNSON v. STATE.
### No. 17041.

Court of Criminal Appeals of Texas.
Nov. 28, 1934.

Boseman & Cathey, of Quitman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for the manufacture of intoxicating liquor; punishment being assessed at one year in the penitentiary.

The record contains neither bills of exception nor statement of facts. The indictment properly charges the offense. Nothing is brought forward for review.

The judgment is affirmed.